LAW OFFICES OF
# Freehill, Hogan & Mahar LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR._
THOMAS M. RUSSO
THOMAS M. CANEVARI¹
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*·.
MICHAEL E. UNGER*¹
WILLIAM J. PALLAS*
GINA M. VENEZIA _
BARBARA G. CARNEVALE*
MANUEL A MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°
DANIEL J. FITZGERALD*¹_
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
¹ ALSO ADMITTED IN CONNECTICUT
- ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

April 3, 2008

Our Ref: 109-08/PJG

**BY HAND**
Honorable Harold Baer
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

Re: Trojan Maritime Inc. v. Rich Wealth Shipping et al.
Civil Action No. 08-cv- 1863 (HB)
-----------------------------------------------------------------

Dear Judge Baer:

We represent the Plaintiff Trojan Maritime Inc. in the subject maritime attachment proceeding and are writing Your Honor to request an adjournment of the initial conference which is currently scheduled for April 17, 2008 at 4:00 p.m. This is our first request for an adjournment.

The reason for our request is as follows. This matter involves a claim by Plaintiff for breach of a maritime contract of charter party which is subject to London arbitration. The merits will be decided in London and there will be no discovery or other substantive actions in connection with this New York action which was commenced for the purposes of obtaining security. Thus far, Plaintiff has been unable to locate and restrain any property of the Defendant within the district, but efforts to do so are continuing on a daily basis. If we were to notify our adversary of these proceedings now (before any property is restrained) by providing notice of an initial conference, the purpose for which the attachment was sought and this Court's order of attachment would be defeated.

NYDOCS1/301841.1

April 3, 2008
Page 2

Accordingly, because the dispute is subject to London arbitration and because assets of the Defendant have not yet been restrained triggering the notice provision of Rule B, we submit that there is no need for a pre-trial scheduling conference and respectfully request that the April 17, 2008 be adjourned for 60 days at which time we will advise Your Honor whether we will continue the action.

We thank the Court for its consideration for this request.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

*[signature]*
Barbara G. Carnevale

*[handwritten note from judge, partially legible]:* This is fine w/ me — although I cannot argue with your analysis that the Rule B attachment notice there goes on forever, I will not discuss [?] until June 26 at 3:00 PM but if there is no word from you at commencement to continue the matter will be dismissed w/o prejudice.

SO ORDERED
*[signature]*
4/3/08

NYDOCS1/301841.1

FREEHILL, HOGAN & MAHAR LLP

Endorsement:

    This is fine with me - although I could argue with your analysis.  The problem is that with or without notice these Rule B attachments cannot go on forever.  I will put this over until June 26 at 3:00 P.M. but if there is no word from you convincing me to continue the matter will be dismissed without prejudice.