109-08/PJG

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TROJAN MARITIME INC.,

                Plaintiff,

-against-

RICH WEALTH SHIPPING SERVICES CO.,
LTD. a/k/a RICH WEALTH SHIPPING
SERVICES CO., LIMITED, and TA YI
INTERNATIONAL CO., LTD. a/k/a TA YI
INTERNATIONAL CO., LTD. (SAMOA),

                Defendants.
------------------------------------------------------------x

08 CV 1863 (HB)

**NOTICE OF
VOLUNTARY DISMISSAL**

The Defendant not having appeared, answered or filed a motion for summary judgment, the above entitled action is hereby discontinued pursuant to F.R.C.P. 41(a)(1)(A)(i) without prejudice and without costs

Dated: New York, New York
         July 9, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
TROJAN MARITIME INC.

_____
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901

*The Clerk of the Court is instructed to close this case.*

*Harold Baer, Jr., U.S.D.J.*
*7/11/08*

NYDOCS1/308305.1